1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   9120 West Post Road, Suite 100
4  Las Vegas, Nevada 89148
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Defendant*
   **THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2, | Case No. 3:16-cv-00467-RCJ-WGC |
| Plaintiff, | |
| vs. | |
| THUNDER PROPERTIES, INC., a Nevada corporation; EAGLE CANYON ASSOCIATION, a Nevada non-profit corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited-liability company, | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND BRIEFING**
**SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**
(First Request)

COMES NOW Plaintiff, HSBC BANK USA, NATIONAL ASSOCIATION , and Defendant, THUNDER PROPERTIES, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 15, 2017, Plaintiff filed a Motion for Summary Judgment herein [Doc. #31]. A response to said motion was due on January 5, 2018.

840 Alena

2. Defendants' counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which lessened the time available to prepare a response. The Christmas and New Years Day holidays also detracted from the time available to prepare a response.

3. Although the due date has technically passed, Defendant's counsel respectfully submits that the failure to timely file a response to the Motion was the result of inadvertence and excusable neglect arising primarily from a large backlog of work that resulted from the holiday season.

4. Defendant shall have an extension of time until January 29, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment. Plaintiff shall have until February 19, 2018, in which to file a Reply.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___8th___ day of January, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

SNELL & WILMER LLP

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*THUNDER PROPERTIES, INC.*

/s/ *Nathan G. Kanute, Esq.*
NATHAN G. KANUTE, ESQ.
Nevada Bar No. 12413
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
775-785-5440
nkanute@swlaw.com
*Attorney for Plaintiff*
*HSBC BANK USA, NATIONAL ASSOCIATION*

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: __January 17, 2018__

840 Alena