John S. Delikanakis, Esq.
Nevada Bar No. 5928
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       nkanute@swlaw.com

*Attorneys for Plaintiff, HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES INC., a Nevada corporation; EAGLE CANYON ASSOCIATION, a Nevada non-profit corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited-liability company,<br><br>Defendants. | Case No. 3:16-cv-00467-RCJ-WGC<br><br>**STIPULATION AND ORDER EXTENDING HSBC'S REPLY TO EAGLE CANYON ASSOCIATION'S RESPONSE TO HSBC'S MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |

HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2 ("HSBC") and Eagle Canyon Association (the "HOA"), by and through undersigned counsel, hereby stipulate and agree to extend HSBC's deadline to reply to the HOA's Response to HSBC's Motion for Summary Judgment. HSBC's current deadline for the reply is January 26, 2018. The Parties stipulate and agree that HSBC shall have until February 19, 2018 to file its reply. In support of their request for a stay of discovery, the Parties show as follows:

4835-0834-6970

On December 15, 2017, HSBC filed a Motion for Summary Judgment herein [Doc. 31]. The HOA filed its response on January 12, 2018 [Doc. 35]. Counsel for HSBC is still in the process of reviewing the response along with recent case law to prepare the reply. Additionally, Thunder Properties Inc. ("Thunder") and HSBC have agreed to extend the deadline for Thunder's response and HSBC's reply. The extension requested here will put both of the reply deadlines for HSBC on February 19, 2018. Accordingly, this request will not delay the litigation of this matter. The Parties, therefore, respectfully request that this extension is granted.

Dated: January 24, 2018

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
John S. Delikanakis (NV Bar No. 5928)
Nathan G. Kanute (NV Bar No. 12413)
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
*Attorneys for Plaintiff, HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2*

Dated: January 24, 2018

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Megan H. Hummel (with permission)
Kaleb D. Anderson (NV Bar No. 7582)
Megan H. Hummel (NV Bar No. 12404)
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Eagle Canyon Association*

**IT IS ORDERED.**

UNITED STATES DISTRICT COURT JUDGE

DATED: February 6, 2018

4835-0834-6970