ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; EAGLE CANYON ASSOCIATION, a Nevada non-profit corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited-liability company,<br><br>Defendants. | Case No. 3:16-cv-00467-RCJ-WGC |

## STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT
(Second Request)

COMES NOW Plaintiff, HSBC BANK USA, NATIONAL ASSOCIATION , and Defendant, THUNDER PROPERTIES, INC., by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 15, 2017, Plaintiff filed a Motion for Summary Judgment herein [Doc. #31].

840 Alena

2. On January 8, 2018, the parties submitted a proposed stipulation extending the briefing schedule. [ECF #32]. Said stipulation was approved on January 17, 2018. [ECF #36]. Pursuant to said stipulation and order, a response to the motion is presently due on January 29, 2018, and any reply is due on February 19, 2018.

3. Since the filing of the first stipulation, Defendants' counsel has been required to devote time and attention to numerous other pending legal matters which lessened the time available to prepare a response. Although counsel expected to be able to complete the response by the amended due date, he has been unable to do so.

4. Defendant shall have an additional extension of time until January 31, 2018, in which to respond to the Plaintiff's Motion for Summary Judgment. Plaintiff shall have until February 21, 2018, in which to file a Reply.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___29th___ day of January, 2018.

ROGER P. CROTEAU & ASSOCIATES, LTD.

SNELL & WILMER LLP

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*THUNDER PROPERTIES, INC.*

/s/ *Nathan G. Kanute, Esq.*
NATHAN G. KANUTE, ESQ.
Nevada Bar No. 12413
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
775-785-5440
nkanute@swlaw.com
*Attorney for Plaintiff*
*HSBC BANK USA, NATIONAL ASSOCIATION*

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated: __FEBRUARY 6, 2018__