John S. Delikanakis, Esq. (NV Bar No. 5928)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jdelikanakis@swlaw.com
   nkanute@swlaw.com

*Attorneys for Plaintiff, HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES INC., a Nevada corporation; EAGLE CANYON ASSOCIATION, a Nevada non-profit corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited-liability company,<br><br>Defendants. | Case No. 3:16-cv-00467-RCJ-WGC<br><br>**STIPULATION AND ORDER EXTENDING HSBC'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2 ("HSBC"), Thunder Properties Inc. ("Thunder Properties"), and Eagle Canyon Association (the "HOA"), by and through undersigned counsel, hereby stipulate and agree to extend HSBC's deadline to reply to Thunder and the HOA's responses to HSBC's motion for summary judgment. HSBC's current deadline for the reply to the HOA's response is February 19, 2018. HSBC's current deadline for the reply to Thunder Properties' response is February 21, 2018. The Parties stipulate and agree that HSBC shall have until March 21, 2018 to file its reply. In support of their request for a stay

4846-2828-7581

of discovery, the Parties show as follows:

The parties have commenced discussions regarding the potential for settling this case. The parties are working on finalizing those discussions in the next couple weeks. The extension sought will permit enough time to either resolve this matter or file the replies before the extended deadline. Accordingly, good cause exists for the extension. The Parties, therefore, respectfully request that this extension is granted.

Dated: February 14, 2018

SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
    John S. Delikanakis (NV Bar No. 5928)
    Nathan G. Kanute (NV Bar No. 12413)
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501-1961
    *Attorneys for Plaintiff*

Dated: February 14, 2018

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Megan H. Hummel (with permission)
    Kaleb D. Anderson (NV Bar No. 7582)
    Megan H. Hummel (NV Bar No. 12404)
    9900 Covington Cross Drive, Suite 120
    Las Vegas, NV 89144
    *Attorneys for Eagle Canyon Association*

Dated: February 14, 2018

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Timothy E. Rhoda (with permission)
    Roger P. Croteau (NV Bar No. 4958)
    Timothy E. Rhoda (NV Bar No. 7878)
    9120 West Post Road, Suite 100
    Las Vegas, Nevada 89148
    *Attorney for Thunder Properties Inc.*

**IT IS ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 2-23-18

4846-2828-7581