John S. Delikanakis, Esq. (NV Bar No. 5928)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jdelikanakis@swlaw.com
nkanute@swlaw.com

*Attorneys for Plaintiff, HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES INC., a Nevada corporation; EAGLE CANYON ASSOCIATION, a Nevada non-profit corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited-liability company,<br><br>Defendants. | Case No. 3:16-cv-00467-RCJ-WGC<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2 ("HSBC"), Thunder Properties Inc. ("Thunder Properties"), and Eagle Canyon Association (the "HOA", and jointly with HSBC and Thunder Properties, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to stay the instant proceedings in their entirety pending settlement, including HSBC's motion for summary judgment (the "MSJ" ECF No. 31). In support of their request for a stay of proceedings, the Parties state as follows:

The MSJ was filed on December 15, 2017. The HOA filed its opposition on January 12,

4847-7453-0911

2018 (ECF No. 35) and Thunder Properties filed its opposition on January 31, 2018. By stipulation and order (ECF No. 43), HSBC's reply would be due March 21, 2018. However, since that time, the Parties have agreed to settlement terms and are working on documenting a settlement agreement. All essential terms have been agreed upon by the parties. A hearing for oral argument on the MSJ has been set for Monday, April 16, 2018 at 10:00AM (ECF No. 44). Given that the Parties have effectively settled the matter in its entirety, the Parties agree to stay any further proceedings in this matter, including vacating the April 16, 2018 hearing related to the MSJ. When settlement is finalized, the Parties will file a stipulated dismissal. If settlement terms are not finalized within 60 days of this stipulation, the Parties will submit a status report to the Court providing a further update regarding the status of the settlement. Based on the foregoing, the Parties respectfully request that the Court grant this stipulation, stay these proceedings and vacate the April 16, 2018 hearing.

Dated: March 21, 2018

SNELL & WILMER L.L.P.

By: /s/Nathan G. Kanute
John S. Delikanakis (NV Bar No. 5928)
Nathan G. Kanute (NV Bar No. 12413)
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
*Attorneys for Plaintiff*

Dated: March 21, 2018

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Megan H. Hummel (with permission)
Kaleb D. Anderson (NV Bar No. 7582)
Megan H. Hummel (NV Bar No. 12404)
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Eagle Canyon Association*

Dated: March 21, 2018

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Timothy E. Rhoda (with permission)
Roger P. Croteau (NV Bar No. 4958)
Timothy E. Rhoda (NV Bar No. 7878)
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Thunder Properties Inc.*

**IT IS ORDERED.**

DATED: April 3, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS HEREBY ORDERED that Oral Argument currently set for April 16, 2018 is VACATED.