# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER PROPERTIES INC., a Nevada corporation, *et al.*,<br><br>Defendants. | Case No.: 3:16-CV-00467-RCJ-WGC<br><br>**ORDER** |

Presently before the Court is Plaintiff's Motion for Summary Judgment (ECF No. 31). On April 3, 2018 the Court entered Order (ECF No. 46) granting a 60 day stay of proceedings. Accordingly,

IT IS HEREBY ORDERED that the parties shall file a status report with the Court and/or a stipulated dismissal on or before 5:00 p.m. Friday, June 8, 2018.

IT IS SO ORDERED this 5th day of June, 2018.

_____
ROBERT C. JONES
District Judge