**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2, | Case No.:  3:16-CV-00467-RCJ-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| THUNDER PROPERTIES INC., *et al.,* | |
| Defendants. | |

Presently before the Court is Plaintiff's Motion for Summary Judgment (ECF No. 31) filed on December 15, 2017.  On April 3, 2018, the Court granted the parties Stipulation to Stay Proceedings Pending Settlement (ECF No. 46).

In light of the parties Status Report (ECF No. 48) advising the Court that there are payment and recording deadlines built into the settlement agreement that will need to occur before the dismissal.  The parties anticipate being able to have the settlement finalized and dismiss this litigation within 60 days. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's pending Motion for Summary Judgment (ECF No. 31) is DENIED WITHOUT PREJUDICE with leave to refile.

IT IS FURTHER ORDERED that the parties shall file a Status Report and/or a Stipulation to Dismiss this action on or before August 6, 2018.

Dated: This 29th day of June, 2018.

ROBERT C. JONES
District Judge