John S. Delikanakis, Esq. (NV Bar No. 5928)
Nathan G. Kanute, Esq. (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jdelikanakis@swlaw.com
      nkanute@swlaw.com

*Attorneys for Plaintiff, HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2,<br><br>              Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES INC., a Nevada corporation; EAGLE CANYON ASSOCIATION, a Nevada non-profit corporation; RED ROCK FINANCIAL SERVICES, LLC, a Delaware limited-liability company,<br><br>              Defendants. | Case No. 3:16-cv-00467-RCJ-WGC<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL OF CASE WITH PREJUDICE** |

      Plaintiffs HSBC Bank USA, National Association at Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP2 ("HSBC"), and Defendants Thunder Properties Inc. ("Thunder"), Red Rock Financial Services, LLC ("Red Rock"), and Eagle Canyon Association (the "HOA" and together with Plaintiffs, Red Rock, and Thunder, the "Parties"), stipulate and agree that an order may be entered dismissing this action, and each and all of the claims and causes of action asserted herein, with prejudice, with each party to bear their own attorneys' fees and costs.

4814-6553-8425

The Parties stipulate and agree that this Stipulation resolves, in their entirety, the Parties' claims, causes of action, allegations, complaints, and/or grievances related to and/or arising out of the above-captioned litigation, whether known or unknown, including, without limitation, any and all claims for attorneys' fees or costs, experts' fees or costs, or consultants' fees or costs.

Dated: November 9, 2018

SNELL & WILMER L.L.P.

By: /s/Nathan G. Kanute
John S. Delikanakis (NV Bar No. 5928)
Nathan G. Kanute (NV Bar No. 12413)
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
*Attorneys for Plaintiff*

Dated: November 9, 2018

LIPSON NEILSON, P.C.

By: /s/ Megan H. Hummel (with permission)
Kaleb D. Anderson (NV Bar No. 7582)
Megan H. Hummel (NV Bar No. 12404)
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Eagle Canyon Association*

Dated: November 9, 2018

KOCH & SCOW, LLC

By: /s/ Steven B. Scow (with permission)
David R. Koch (NV Bar No. 8830)
Steven B. Scow (NV Bar No. 9906)
Brody B. Wight (NV Bar No. 13615)
11500 South Eastern Avenue, Suite 210
Henderson, Nevada 89052
*Attorney for Red Rock Financial Services, LLC*

Dated: November 9, 2018

ROGER P. CROTEAU & ASSOCIATES, LTD.

By: /s/ Timothy E. Rhoda (with permission)
Roger P. Croteau (NV Bar No. 4958)
Timothy E. Rhoda (NV Bar No. 7878)
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
*Attorney for Thunder Properties Inc.*

**IT IS SO ORDERED**

Date: November 13, 2018.

_____
DISTRICT COURT JUDGE

- 2 -

4814-6553-8425